[No. 30232-6-III.  Division Three.  August 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE
WIDRIG, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 09-1-00126-9, Scott R. Sparks, J., entered September 12, 2011. *Affirmed* by unpublished opinion per
Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30590-2-III.  Division Three.  August 22, 2013.]

CC&H INVESTMENTS, *Respondent*, v. RCS NORTHWEST, LLC,
ET AL., *Defendants*, CHARLEY HEWITT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 11-2-00051-1, William D. Acey, J., entered
January 23, 2012. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 67294-1-I.  Division One.  August 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
CHRISTOPHER MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-1-03979-8, Susan J. Craighead, J., entered
June 7, 2011. *Affirmed* and *remanded* by unpublished
opinion per Cox, J., concurred in by Grosse and Lau, JJ.

[No. 67711-0-I.  Division One.  August 26, 2013.]

MADHURI PATEL, *Individually and as Personal
Representative, Appellant*, v. KENT SCHOOL
DISTRICT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 08-2-20671-8, Hollis R. Hill, J., entered August
22, 2011. *Affirmed* by unpublished opinion per Dwyer, J.,
concurred in by Spearman, A.C.J., and Grosse, J.